UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                        CASE NO. 11 B 06310
                                                  CHAPTER 13

BRUNO F MELESIO

                                                  JUDGE JANET S BAER

           DEBTOR                              **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** FEDERAL NATIONAL MORTGAGE

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 6 | 3 | 9237 4429 GRACE | $12,469.76 | $12,469.76 | $12,469.76 |
| Total Amount Paid by Trustee | | | | | $12,469.76 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit        **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 11-06310-JSB

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 20th day of February, 2015.

Debtor:
BRUNO F MELESIO
4429 GRACE ST
SCHILLER PARK, IL  60176

Attorney:
NELLA E MARIANI
600 S COUNTY LINE RD #2N
BENSENVILLE, IL  60106
via Clerk's ECF noticing procedures

Creditor:
FEDERAL NATIONAL MORTGAGE
% SETERUS INC
PO BOX 2206
GRAND RAPIDS, MI  49501-2206

Mortgage Creditor:
CITIMORTGAGE
% HAUSELMAN & RAPPIN
39 S LASALLE STREET
CHICAGO, IL  60603

Creditor:
CITIMORTGAGE
8725 W SAHARA AVE MS #750
LAS VEGAS, NV  89175-8730

Mortgage Creditor:
FEDERAL NATL MORTGAGE ASSOC
% SETERUS INC
PO BOX 2008
GRAND RAPIDS, MI  49501-2008

ELECTRONIC SERVICE - United States Trustee

Date:  February 20, 2015

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603